UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : 

:       CRIMINAL NO. 06-387 (FLW)

v. :

HENRY T. MASON, III :

## ORDER APPOINTING COUNSEL

This matter having been opened to the Court upon the request of the Defendant, Henry T. Mason, III, through his prospective appointed attorney, Julie A. McGrain, Esq., Office of the Federal Public Defender, for an Order by the Court appointing counsel in Mr. Mason's 18 U.S.C. § 3582(c)(2) proceedings; and,

this Court having considered the request; and,

after good cause shown;

It is hereby Ordered on this 3rd day of ~~August~~ September 2008 that Julie A. McGrain, Esq., Office of the Federal Public Defender is appointed to represent Henry T. Mason, III, in this matter.

And it is so Ordered.

HONORABLE FREDA L. WOLFSON
United States District Court Judge